## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARREIRA PEREZ, Jorge Jose, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| JAMISON, J.L., Warden, Federal Detention | : | |
| Center, Philadelphia; RIFE, John E., Acting | : | |
| Field Office Director, Immigration and | : | |
| Customs Enforcement and Removal | : | No. 26-4246 |
| Operations, Philadelphia Field Office; | : | |
| MULLIN, Markwayne, Secretary of the | : | |
| Department of Homeland Security; | : | |
| BLANCHE, Todd, Acting U.S. Attorney | : | |
| General | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 26th day of June, 2026, the Clerk of Court is **DIRECTED** to mark this case closed.

BY THE COURT:

_____

Hon. Mia R. Perez